THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 
 Richard Allen
 Gray, Appellant.
 
 
 
 
 
 

Appeal From Lexington County
Judge R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2010-UP-125
 Submitted January 4, 2010  Filed February
11, 2010   

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia,  for Appellant.  
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia and Solicitor Donald V. Myers, of Lexington,
 for Respondent.
 
 
 

PER CURIAM:  A jury found Richard Allen Gray guilty of criminal
 sexual conduct with a minor, and the trial judge sentenced Gray to life without
 the possibility of parole.  Gray argues the trial court erred in finding the
 State did not err in failing to disclose that an eye witness in the case gave a
 prior incriminating oral statement corroborating his written statement.  Hill
 maintains the failure to disclose violated Rule 5 of South Carolina Rules of
 Criminal Procedure and improperly bolstered the witness's statement.  Additionally,
 Gray submitted a pro se brief with the court.  After a thorough review
 of the record, counsel's brief, and Gray's pro se brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Gray's appeal and grant
 counsel's motion to be relieved.[1]  
APPEAL DISMISSED.  
WILLIAMS, PIEPER, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.